# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 722 |
| | : |
| ORDER AMENDING RULE 205.6 OF THE | : CIVIL PROCEDURAL RULES DOCKET |
| PENNSYLVANIA RULES OF CIVIL | : |
| PROCEDURE | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of December, 2021, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a):

 It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 205.6 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

 This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective January 1, 2022.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.